United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 11-16682-elf
Carol T. Cantiello                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR            Page 1 of 3             Date Rcvd: Nov 16, 2016
                        Form ID: 138NEW         Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2016.

```
db              Carol T. Cantiello,    190 Ridge Pike,    Lafayette Hill, PA  19444-1904
cr              JPMORGAN CHASE BANK, NA, S/B/M TO CHASE HOME FINAN,    Mail Code LA4-5555  700 Kansas Lane,
                  Monroe, LA  71203
cr             ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:  NATIONSTAR MORTGAGE, LLC.,    PO Box 630267,    Irving, TX  75063)
12528731        Albert J. Scarafone, Jr.,    1717 Swede Road,    Suite 200,    Blue Bell, PA  19422-3372
12534025       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  FIA CARD SERVICES, N.A.,    PO Box 15102,
                  Wilmington, DE  19886-5102)
12528732       +Bank of America,    P.O. Box 17054,    Wilmington, DE  19884-0001
12528743       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:  Home Depot Credit Services,    Prcocessing Center,
                  Des Moines, IA  50364-0500)
12528733       ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3485
               (address filed with court:  Cach, LLC,    370 17th Street,    Suite 5000,    Denver, CO  80202)
12528734        Chase,    P.O. Box 24696,    Columbus, OH  43224-0696
12528735       +Chase Home Finance,    P.O. Box 24696,    Columbus, OH 43224-0696
12528740       +DSNB/Macy's,    PO Box 8218,    Mason, OH 45040-8218
12549296       +Department Stores National Bank/Macys,    Bankruptcy Processing,    PO Box 8053,
                  Mason, OH 45040-8053
12549297       +Department Stores National Bank/Visa,    Bankruptcy Processing,    PO Box 8053,
                  Mason, OH 45040-8053
12528736        Direct Rewards,    P.O. Box 17313,    Baltimore, MD  21297-1313
12528738        Discover Bank,    6500 Albany Road,    New Albany, OH  43054
12528741        Fia Card Services,    P.O. Box 15019,    Wilmington, DE  19886-5019
12528744        HSBC,    Payment Processing,    PO Box 5891,    Carol Stream, IL  60197-5891
12536647       +J.P. Morgan Chase Bank, N.A.,    c/o Ann E. Swartz, Esq.,    KML Law Group, P.C.,
                  701 Market Street, Suite 5000,    Phila., PA 19106-1541
12548328       +JP Morgan Chase Bank, N.A.,    MAIL CODE: OH4-7133,    3415 Vision Drive,
                  Columbus, OH 43219-6009
12655755       +JPMORGAN CHASE BANK, N.A., Et al,    JPMORGAN CHASE BANK, N.A.,    3415 VISION DRIVE,
                  COLUMBUS, OH 43219-6009
12671415       +JPMorgan Chase Bank, N.A.,    MAIL CODE: OH4-7302,    3415 Vision Drive,
                  Columbus, OH 43219-6009
12837333       +Joshua I. Goldman, Esquire,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                  Philadelphia, PA 19106-1541
12528746        Macy's,    P.O. Box 183083,    Columbis, OH  43218-3083
12528747        Macy's Visa,    PO Box 689194,    Des Moines, IA  50368-9194
12528748        Nissan-Infinity,    PO Box 660366,    Dallas, TX  75266-0366
12528752       +Wells Fargo Bank,    P.O. Box 29723,    Phoenix, AZ 85038-9723
13803099       +Wilmington Savings Fund Society, FSB,    c/o Selene Finance LP,    9990 Richmond Avenue,
                  Suite 400S,    Houston, TX 77042-8500
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: bankruptcy@phila.gov Nov 17 2016 02:11:07      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 17 2016 02:09:58
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 17 2016 02:10:58      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12528739        E-mail/Text: mrdiscen@discover.com Nov 17 2016 02:09:35      Discover Financial Services,
                  PO Box 15316,    Wilmington, DE  19850-5316
12528737        E-mail/Text: mrdiscen@discover.com Nov 17 2016 02:09:35      Discover,    P.O. Box 71084,
                  Charlotte, NC  28272-1084
12538143        E-mail/Text: mrdiscen@discover.com Nov 17 2016 02:09:35      Discover Bank,
                  DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
12528742        E-mail/PDF: gecsedi@recoverycorp.com Nov 17 2016 02:07:11      GE Money Bank,    P.O. Box 960061,
                  Orlando, FL  32896-0061
12528730       +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Nov 17 2016 02:10:29
                  Office of the United States Trustee,    833 Chestnut Street,    Suite 501,
                  Philadelphia, PA 19107-4405
12528749        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 17 2016 02:31:01
                  Portfolio Recovery Associates,    120 Corporate Boulevard,    Suite 1,    Norfolk, VA  23502
12563717        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 17 2016 02:17:41
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
12528750        E-mail/Text: bnc@alltran.com Nov 17 2016 02:09:36      United Recovery Systems,
                  P.O. Box 722910,    Houston, TX  77272-2910
12528753       +E-mail/Text: BKRMailOps@weltman.com Nov 17 2016 02:10:36      Weltman, Weinberg & Reis, Co.,
                  325 Chestnut Street,    Suite 1120,    Philadelphia, PA 19106-2605
                                                                                              TOTAL: 12
```

```
District/off: 0313-2          User: DonnaR              Page 2 of 3           Date Rcvd: Nov 16, 2016
                              Form ID: 138NEW           Total Noticed: 39


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC.,   POB 41067,
                Norfolk, VA  23541)
12528775*      Albert J. Scarafone, Jr.,   1717 Swede Road,   Suite 200,   Blue Bell, PA  19422-3372
12528776*     +Bank of America,   P.O. Box 17054,   Wilmington, DE 19884-0001
12528787*     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court: Home Depot Credit Services,   Prcocessing Center,
                Des Moines, IA  50364-0500)
12528777*     ++COLLECT AMERICA LTD,   4340 S MONACO PKWY,   2ND FL,   DENVER CO 80237-3485
                (address filed with court: Cach, LLC,   370 17th Street,   Suite 5000,   Denver, CO  80202)
12528729*      Carol T. Cantiello,   190 Ridge Pike,   Lafayette Hill, PA  19444-1904
12528773*      Carol T. Cantiello,   190 Ridge Pike,   Lafayette Hill, PA  19444-1904
12528778*      Chase,   P.O. Box 24696,   Columbus, OH  43224-0696
12528779*     +Chase Home Finance,   P.O. Box 24696,   Columbus, OH 43224-0696
12528783*     ++DISCOVER FINANCIAL SERVICES LLC,   PO BOX 3025,   NEW ALBANY OH 43054-3025
                (address filed with court: Discover Financial Services,   PO Box 15316,
                Wilmington, DE  19850-5316)
12528784*     +DSNB/Macy’s,   PO Box 8218,   Mason, OH 45040-8218
12528780*      Direct Rewards,   P.O. Box 17313,   Baltimore, MD  21297-1313
12528781*      Discover,   P.O. Box 71084,   Charlotte, NC  28272-1084
12528782*      Discover Bank,   6500 Albany Road,   New Albany, OH  43054
12528785*      Fia Card Services,   P.O. Box 15019,   Wilmington, DE  19886-5019
12528786*      GE Money Bank,   P.O. Box 960061,   Orlando, FL  32896-0061
12528788*      HSBC,   Payment Processing,   PO Box 5891,   Carol Stream, IL  60197-5891
12528789*     +Law Offices of Ed Overcash,   33 Villa Road, Suite 401,   Greenville, SC 29615-3037
12528790*      Macy’s,   P.O. Box 183083,   Columbis, OH  43218-3083
12528791*      Macy’s Visa,   PO Box 689194,   Des Moines, IA  50368-9194
13505684*     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC.,   PO Box 619096,   Dallas, TX 75261-9741)
13352598*     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC,   350 Highland Drive,
                Lewisville, TX 75067)
12528792*      Nissan-Infinity,   PO Box 660366,   Dallas, TX  75266-0366
12528774*     +Office of the United States Trustee,   833 Chestnut Street,   Suite 501,
                Philadelphia, PA 19107-4405
12528793*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates,   120 Corporate Boulevard,   Suite 1,
                Norfolk, VA  23502)
12576174*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541)
12528794*      United Recovery Systems,   P.O. Box 722910,   Houston, TX  77272-2910
12528795*      Wells Fargo Auto Fnance,   PO Box 60966,   Los Angeles, CA  90060-0966
12528796*     +Wells Fargo Bank,   P.O. Box 29723,   Phoenix, AZ 85038-9723
12528797*     +Weltman, Weinberg & Reis, Co.,   325 Chestnut Street,   Suite 1120,
                Philadelphia, PA 19106-2605
12528745      ##+Law Offices of Ed Overcash,   33 Villa Road, Suite 401,   Greenville, SC 29615-3037
12528751      ##Wells Fargo Auto Fnance,   PO Box 60966,   Los Angeles, CA  90060-0966
                                                                                 TOTALS: 0, * 30, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2016                                Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: DonnaR                 Page 3 of 3                  Date Rcvd: Nov 16, 2016
                              Form ID: 138NEW              Total Noticed: 39
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2016 at the address(es) listed below:
              ALBERT J. SCARAFONE, JR.    on behalf of Debtor Carol T. Cantiello scarafone@comcast.net,
               ascarafone@gmail.com
              ANN E. SWARTZ    on behalf of Creditor    J.P. Morgan Chase Bank, N.A, et al... ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    J.P. Morgan Chase Bank, N.A, et al...
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
              MELISSA JUSTINE CANTWELL    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Carol T. Cantiello
    Debtor(s)

Bankruptcy No: 11−16682−elf
Chapter: 13

___

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 11/16/16

42 − 41
Form 138_new