# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Carol T. Cantiello<br>　　　　Debtor(s) | CHAPTER 13<br><br>BKY. NO. 11-16682 ELF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

　Kindly enter my appearance on behalf of J.P. Morgan Chase Bank, N.A., as Acquirer of Certain Assets and Liabilities of Washington Mutual Bank from The Federal Deposit Insurance Corporation Acting as Receiver F/K/A Washington Mutual Bank F.A., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 1289

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**/s/Thomas Puleo, Esquire**
　　　　　　　　　　　　　　　　　　　　Thomas Puleo, Esquire
　　　　　　　　　　　　　　　　　　　　Brian C. Nicholas, Esquire
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　　　　(215) 825-6306  FAX (215) 825-6406