United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                         Case No. 11-16682-elf
Carol T. Cantiello                                             Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: JeanetteG          Page 1 of 1          Date Rcvd: Jan 03, 2017
                              Form ID: 195              Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2017.
```
db              Carol T. Cantiello,   190 Ridge Pike,   Lafayette Hill, PA  19444-1904
cr              JPMORGAN CHASE BANK, NA, S/B/M TO CHASE HOME FINAN,   Mail Code LA4-5555  700 Kansas Lane,
                 Monroe, LA  71203
cr             ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court:  NATIONSTAR MORTGAGE, LLC.,   PO Box 630267,   Irving, TX  75063)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 04 2017 02:09:59
                 Portfolio Recovery Associates, LLC.,   POB 41067,   Norfolk, VA  23541
                                                                             TOTAL: 1
```

```
           ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0
```

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2017 at the address(es) listed below:
```
         ALBERT J. SCARAFONE, JR.   on behalf of Debtor Carol T. Cantiello scarafone@comcast.net,
          ascarafone@gmail.com
         ANN E. SWARTZ   on behalf of Creditor   J.P. Morgan Chase Bank, N.A, et al... ecfmail@mwc-law.com,
          ecfmail@mwc-law.com
         JOSHUA ISAAC GOLDMAN   on behalf of Creditor   J.P. Morgan Chase Bank, N.A, et al...
          bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
         MATTHEW CHRISTIAN WALDT   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
          Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
          mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
         MELISSA JUSTINE CANTWELL   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. paeb@fedphe.com
         THOMAS I. PULEO   on behalf of Creditor   J.P. Morgan Chase Bank, N.A, et al...
          tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
         United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*


In re:                                                    : Chapter 13

Carol T. Cantiello                                        : Case No. 11−16682−elf
          Debtor(s)


### *ORDER*
_____


   AND NOW, this day , January 3, 2017 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


   ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


                                        By The Court

                                        Eric L. Frank
                                        Chief Judge , United States Bankruptcy Court